DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

STEWART McELWANEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2962

—————————————————

November 15, 2023

Appeal from the County Court for Pinellas County; Cathy McKyton, Judge.

Donna R. Boonchit of deVlaming & Rivellini, P.A., Clearwater, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.